**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTONIO SIERRA CORTES,<br><br>Petitioner,<br><br>v.<br><br>CRAIG LOWE, *Warden of Pike County Correctional Facility*, *et al.*,<br><br>Respondents. | No. 4:26-CV-02416<br><br>(Chief Judge Brann) |

**ORDER**

**SEPTEMBER 1, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Sierra Cortes' 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;
2. The Government **SHALL** either shall release Sierra Cortes on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Sierra Cortes with an individualized bond hearing at which he may present evidence on or before Monday, September 14, 2026;
3. On or before Monday, September 21, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of

the reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge